```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
             :
GLORIA VITOLO,              :
             :
             :
         Plaintiff,  :          1:25-cv-07204-GHW
             :
   -against-             :
             :          <u>ORDER</u>
PLUS ONE HOLDINGS, INC.,  :
             :
         Defendant.  :
             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on August 29, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than September 12, 2025.

     SO ORDERED.

Dated: September 4, 2025
      New York, New York

                                                                 _____
                                                                  GREGORY H. WOODS
                                                             United States District Judge