Case 1:25-cv-07204-GHW   Document 20   Filed 10/01/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA VITOLO,

                Plaintiff,

      -against-

PLUS ONE HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------------X

1:25-cv-7204-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on October 1, 2025, Defendant's motion to compel arbitration is due by October 29, 2025; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiff's opposition. The parties are reminded that a motion to compel arbitration is "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006).

As also stated on the record, Defendant's request to stay discovery and its deadline to answer or otherwise respond to the complaint is GRANTED. All discovery in this case and Defendant's deadline to answer or otherwise respond to the complaint is stayed pending the Court's decision on Defendant's anticipated motion to compel arbitration. The initial pretrial conference scheduled for October 14, 2025 at 2:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: October 1, 2025
New York, New York

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge